# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 19-CR-0348-1 |
| SUNNY SOK<br>#77311-066<br>F.D.C. PHILADELPHIA<br>7TH & ARCH STREETS<br>PHILADELPHIA, PA. 19106 | : | |

## ORDER

**AND NOW**, this 2nd day of June, 2021, upon consideration of Defendant's "Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29(c)" (ECF No. 85), Defendant's "Supplemental Motion for Judgment of Acquittal on Count Three Pursuant to Fed. R. Crim. P. 29(c)" (ECF No. 92), and the Government's responses in opposition (ECF Nos. 86, 95), it is hereby **ORDERED** that Defendant's Motions are **DENIED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg* .
**MITCHELL S. GOLDBERG, J.**